UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

JERRY FALWELL, JR., INDIVIDUALLY
AND IN HIS CAPACITY AS BENEFICIARY
OF THE DR. JERRY L. FALWELL FAMILY
TRUST,

    *Plaintiff*,

v.

LIBERTY UNIVERSITY; JERRY PREVO;
and JONATHAN P. FALWELL,

    *Defendants*.

Case No. 6:23-cv-00040-NKM

## NOTICE – STATUS UPDATE

Plaintiff, Jerry L. Falwell, Jr. (**"Mr. Falwell"** or "**Plaintiff**"), by counsel, hereby files this Notice – Status Update, pursuant to the Magistrate Judge's Order entered October 25, 2023 (ECF 34), to inform the Court that, given the parties' respective schedules and in order to work through remaining issues, the parties are still working to complete the Rule 26(f) Discovery Plan and anticipate filing no later than Friday November 10, 2023. The parties will provide notice to the Court of any further information the Court deems necessary.

Dated:  November 8, 2023            Respectfully submitted,

                                    JERRY L. FALWELL, JR.


                                    /s/ *Robert N. Drewry*
                                    Counsel

Vernon E. Inge, Jr (VSB No. 32699)
Robert N. Drewry (VSB No. 91282)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Two James Center
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:    (804) 977-3300
Facsimile:    (804) 977-3299
E-Mail:       vinge@whitefordlaw.com
E-Mail:       rdrewry@whitefordlaw.com

*Counsel for Plaintiff, Jerry L. Falwell, Jr.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of November, 2023, I electronically filed the foregoing *Notice – Status Update* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    David Jeffrey Ervin, Esq.
    CROWELL & MORING LLP
    1001 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    E-Mail:    dervin@crowell.com

    Andrew J. Avsec, Esq.
    CROWELL & MORING LLP
    455 N. Cityfront Plaza Drive, Suite 3600
    Chicago, Illinois 60611
    E-Mail:    aavsec@crowell.com

    King Fitchett Tower, Esq.
    WOODS ROGERS VANDEVENTER BLACK PLC
    10 South Jefferson Street, Suite 1800
    Post Office Box 14125
    Roanoke, Virginia 24011
    E-Mail:    King.Tower@wrvblaw.com

    ***Counsel for Defendants, Liberty University and Jerry Prevo***

    Robert A. Ziogas, Esq.
    Lori D. Thompson, Esq.
    Carter R. Brothers, Esq.
    SPILMAN THOMAS & BATTLE PLLC
    310 First Street, Suite 1100
    Roanoke, Virginia 24011
    E-Mail:    rziogas@spilmanlaw.com
                  lthompson@spilmanlaw.com
                  cbrothers@spilmanlaw.com

    ***Counsel for Defendant, Jonathan P. Falwell***

                                        /s/ *Robert N. Drewry*
                                        Robert N. Drewry