# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| JERRY FALWELL, JR., INDIVIDUALLY AND IN HIS CAPACITY AS BENEFICIARY OF THE DR. JERRY L. FALWELL FAMILY TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>LIBERTY UNIVERSITY, JERRY PREVO, and JONATHAN P. FALWELL,<br><br>*Defendants*. | Case No. 6:23-CV-00040-NKM |

## ORDER OF DISMISSAL

This day came the Plaintiff, Jerry L. Falwell, Jr. ("**Mr. Falwell**"), by counsel, and Defendants, Liberty University, Inc. ("**Liberty**"), Jerry Prevo ("**Mr. Prevo**"), and Jonathan P. Falwell ("**Mr. Jonathan Falwell**" and together with Liberty and Mr. Prevo, the "**Defendants**") (altogether with Mr. Falwell, the "**Parties**"), by counsel, and represented to the Court that the Parties have settled and resolved all issues in dispute in connection with the above-styled matter. Upon consideration of the foregoing, it is hereby:

**ORDERED** that this action be, and the same hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**SO ORDERED** on this ____ day of _____, 2024.

_____
Norman K. Moon
United States District Court Judge