CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/9/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| JERRY FALWELL, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> LIBERTY UNIVERSITY, *et al.*, <br><br> *Defendants.* | CASE NO. 6:23-cv-40 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

  Came the Plaintiff, Jerry L. Falwell, Jr. ("Mr. Falwell"), by counsel, and Defendants, Liberty University, Inc. ("Liberty"), Jerry Prevo ("Mr. Prevo"), and Jonathan P. Falwell ("Mr. Jonathan Falwell" and together with Liberty and Mr. Prevo, the "Defendants") (altogether with Mr. Falwell, the "Parties"), by counsel, and represented to the Court that the Parties have settled and resolved all issues in dispute in connection with the above-styled matter. Dkt. 57, Consent Motion for Dismissal of Complaint.

  Upon consideration of the foregoing, it is hereby:

  **ORDERED** that this action be, and the same hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

  **SO ORDERED** on this <u> 9th </u> day of August, 2024.

  The Clerk is directed to send a copy of this Order to all counsel of record, and to strike this case from the active docket of the Court.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE
